GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No. 8071
RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
*Attorneys for Defendant,*
*WALGREEN CO.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NANCY ADJOA DANSOWAH, an individual;<br><br>  Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a Foreign Corporation, d/b/a WALGREENS; DOE INDIVIDUALS 1-10; and ROE CORPORATIONS 1-10, and ROE CORPORATIONS 1-10;<br><br>  Defendants. | Case No.: 2:24-cv-01403-CDS-MDC |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, NANCY ADJOA DANSOWAH, and Defendant, WALGREEN CO. dba WALGREENS, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice, with each of the parties to pay their own attorneys' fees and costs herein incurred.

///

///

///

1

1 | No trial date has been set.

October 24, 2024

October 24th, 2024

**THE COTTLE FIRM**

*[signature]*

**MATTHEW G. HOLLAND, ESQ.**
Nevada Bar No.: 10370
8635 South Eastern Avenue
Las Vegas, Nevada 89123
Attorney for Plaintiff

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*[signature]* 10934

**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendant

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendant are dismissed with prejudice; each party to bear their own attorney's fees and costs.

The Clerk of Court is kindly instructed to close this case.

Respectfully Submitted By:
**RANALLI ZANIEL FOWLER & MORAN, LLC**

*[signature]* 10934

**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendant

*[signature]*
Cristina D. Silva
United States District Judge

Dated: November 6, 2024